

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 3:24-00186 |
| v. | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924 |
| MICHAEL BURNS | ) | |

# INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES:

On or about February 7, 2023, in the Middle District of Tennessee, the defendant, **MICHAEL BURNS**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, to wit: an American Tactical Imports (ATI), Model: Omni Hybrid, .223 caliber pistol.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924.

### FORFEITURE ALLEGATION

THE GRAND JURY FURTHER CHARGES:

1. The allegations contained in this Indictment are re-alleged and incorporated by reference as if fully set forth in support of this forfeiture allegation.

2. Upon conviction of Count One, **MICHAEL BURNS** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in knowing violation of the offense, including, but not limited to, an American Tactical Imports (ATI), Model: Omni Hybrid, .223 caliber pistol, and related ammunition.

A TRUE BILL



FOREPERSON

THOMAS J. JAWORSKI
ACTING UNITED STATES ATTORNEY

EMILY E. PETRO
ASSISTANT UNITED STATES ATTORNEY