**MAGISTRATE JUDGE HOLMES COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS**
☐ VIDEOCONFERENCE  ☑ COURTROOM

U.S.A. v. Michael Burns, No. 3:24-cr-00186

ATTORNEY FOR GOVERNMENT: Emily Petro

ATTORNEY FOR DEFENDANT: Dumaka Shabazz  ■ AFPD  ☐ Panel  ☐ Retained

PRETRIAL SERVICES/PROBATION OFFICER: Tiana Rock

INTERPRETER NEEDED? ☐ YES ■ NO  LANGUAGE/INTERPRETER: _____
☐ PRESENT  ☐ TELEPHONE  ☐ VIDEO

☐ Defendant consents appear to before the Magistrate Judge by video conference.

☐ **INITIAL APPEARANCE**  ☐ ON A SUMMONS  ☐ ARRESTED ON: _____
DEFENDANT HAS A COPY OF:
☐ Complaint  ☐ Indictment  ☐ Information  ☐ Supervised Release Pet.  ☐ Other _____
☐ Defendant advised of the charges and the maximum penalties  ☐ Defendant has a copy of notice of rights
☐ Defendant advised of right to counsel  ☐ Counsel retained
☐ Financial affidavit filed under penalty of perjury  ☐ FPD Appointed
☐ Defendant advised of right to silence
☐ Defendant advised of right to **Consular notification**  ☐ Counsel app't based on counsel's statement
☐ GOV'T and DEFENDANT advised of Due Process Protections Act of 2020
☐ Defendant advised of right to preliminary hearing  ☐ Defendant waived preliminary hearing
☐ Government motion for detention  ☐ Defendant temporarily detained
☐ Defendant waived detention hearing  ☐ ICE detainer on defendant
☐ Defendant reserved right to hearing in future  ☐ Defendant to be returned to State custody
☐ Defendant to remain in Federal custody  ☐ Defendant waived rights under IAD
☐ Defendant to remain on current conditions of supervised release
☐ Defendant ordered to psychological/psychiatric evaluation
☐ Defendant released on:
　☐ Own recognizance with conditions of release  ☐ standard  ☐ special
　☐ Appearance bond in the amount of: _____
　☐ Property bond [description of property]: _____
☐ **RULE 5** - Defendant advised of right to identity hearing  ☐ Defendant waived identity hearing
☐ **RULE 5** - Defendant reserved right to have preliminary hearing in District of Prosecution
☐ **RULE 5** - Defendant elected to have detention hearing in District of Prosecution
☐ **RULE 5** - DEFENDANT ADVISED OF RIGHT TO RULE 20 TRANSFER

☐ **PRELIMINARY/DETENTION/ARRAIGNMENT CONTINUED TO:** _____

☐ **GRAND JURY WAIVED IN OPEN COURT**  [Defendant sworn and advised of rights by Court]
☐ **ARRAIGNMENT**
　☐ Defendant acknowledges he/she has copy of Indictment/Information  ☐ Court advised Def. of penalties
　☐ Defendant waives reading thereof  ☐ Indictment/Information read to defendant by Judge
　**PLEA:** ☐ GUILTY  ☐ NOT GUILTY  ☐ Defendant intends to plead guilty and case referred to DJ

---

**DATE:** 11.14.2024  **TOTAL TIME:** 1 hour and 19 min
**BEGIN TIME:** 10:42am  2x recess 9 min total  **END TIME:** 12:16pm
■ *Digitally Recorded*  ☐ *Court Reporter:* _____

Form Revised 2/9/2018  Page 1 of 2

- [ ] **RULE 5 IDENTITY HEARING**
  - [ ] Held, defendant found to be person named in warrant
  - [ ] Held, defendant found NOT to be person named in warrant and released
  - [ ] Waived in open Court

- [ ] **PRELIMINARY HEARING**     **CONTINUED TO:** _____
  - [ ] Probable Cause found/Held to answer/bound over    [ ] Discharged from custody
  - [ ] Defendant waived preliminary hearing
  - [ ] RULE 5 - Held to answer in District of Prosecution
  - [ ] RULE 5 - Defendant reserved right to have hearing in District of Prosecution

- [x] **DETENTION HEARING**     **CONTINUED TO:** _____
  - [ ] Government withdrew motion for detention or agreed to release
  - [ ] Pretrial Services Report made a part of the record    [ ] Counsel moved to retain copy of PTSR/granted
  - [ ] Bond set at: _____    [ ] Defendant released on [date]: _____
  - [ ] RULE 5 - Defendant elected to have hearing in District of Prosecution
  - [ ] Defendant waived detention hearing    [ ] Defendant reserved right to hearing in future
  - [x] Defendant detained, order to enter    [ ] ICE detainer pending
  - [ ] Defendant to remain in Federal custody    [ ] Defendant to be returned to State custody
  - [ ] Government moved for stay of execution of release pending appeal
    - [ ] Motion granted    [ ] Motion denied
  - [ ] Defendant advised of right to appeal

- [ ] **ARRAIGNMENT ON MISDEMEANOR**
  - [ ] Defendant acknowledges he/she has copy of Indictment/Information
  - [ ] Indictment/Information read to defendant by Judge    [ ] Defendant waives reading thereof
  - **PLEA:** [ ] **GUILTY**    [ ] **NOT GUILTY**
  - [ ] Misdemeanor - defendant consented to trial before Magistrate Judge
  - [ ] Written plea agreement/filed in open Court    [ ] Oral plea agreement
  - [ ] Guilty plea:    [ ] Accepted    [ ] Rejected    [ ] Taken under advisement

- [ ] **OTHER**
  - [ ] Type of hearing and outcome: _____

- [ ] **DEFENDANT DID NOT APPEAR AS DIRECTED, BENCH WARRANT ISSUED**

**NOTES/EVIDENTIARY MATTERS/SENTENCING:**    **(Witnesses, Exhibits, Attach W/Ex List if necessary)**

Page 2 of 2